JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YUPING CAO,

          Petitioner,

    v.

GARLAND, et al,

          Respondents.

Case No. 5:26-cv-02403-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition, IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 19, 2026         _____

                                  KAREN E SCOTT.
                                  UNITED STATES MAGISTRATE JUDGE